No. 10-8171. Hunter R. Levi, Petitioner v. United States Department of Labor, et al.

562 U.S. 1259, 131 S. Ct. 1575, 179 L. Ed. 2d 478, 2011 U.S. LEXIS 1795.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 388 Fed. Appx. 556.